<table>
<tr><td>William T. Walsh<br>Clerk</td><td>UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419</td><td>CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603</td></tr>
</table>

REPLY TO: Newark

Date  11/12/2013

Kathleen A. Donovan, Clerk
Superior Court of New Jersey
Bergen County
10 Main Street
Hackensack, New Jersey 07601-7000

      Re: Medwell, LLC -v- Cigna Healthcare of New Jersey
          Your No. BER-DC-012123-13
          USDC No.13-3998FSH

Dear Sir/Madam:

    Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheets.

    Kindly acknowledge receipt on copy of this letter.

                    Very truly yours,

                    William T. Walsh, Clerk

          by: *Norma Rodriguez* (signature)
              Norma Rodriguez
              Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199